Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Sothen  District of Georgia

Division

𝕮𝕍419   180

Case No. _____

*(to be filled in by the Clerk's Office)*

| | |
|---|---|
| Charlie Toomer | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Mark Mark Ricketts , | ) |
| Somanik Jerhada, | ) |
| Wendy Russell | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.  Do not include addresses here.)* | |

Jury Trial:  *(check one)*   ☑ Yes   ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charlie Toomer |
| Address | 625 West 31st Street |

| | | |
|---|---|---|
| Savannah | Georgia | 31415 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Chatham |
| Telephone Number | 843-371-7483 |
| E-Mail Address | carlostoomer40@yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mark Ricketts |
| Job or Title *(if known)* | President and chief Executive Officer |
| Address | 2245 North Bank Drive |

| | | |
|---|---|---|
| Columbus | OH | 43220 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Franklyn |
| Telephone Number | 800-388-2151 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Somanik  Jerhada |
| Job or Title *(if known)* | Manager of Sisters court |
| Address | 22  East 37th Street |

| | | |
|---|---|---|
| Savannah | Ga. | 31401 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Chatham |
| Telephone Number | 912-447-4714 |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☐ Official capacity

Pro Se 1.5 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                                    Wendy Russell

Job or Title *(if known)*               Assistant Property Manage  Tel Fair Arms

Address                                 17 East Park Ave .

|          |       |          |
|----------|-------|----------|
| Savannah | Ga.   | 31402    |
| *City*   | *State* | *Zip Code* |

County                                  Chatham

Telephone Number                        919-447-4714

E-Mail Address *(if known)*

☒ Individual capacity        ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

|          |         |            |
|----------|---------|------------|
| *City*   | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

age

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Savannah Ga.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Dectember  2017

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On December 28th 2017 I received a call from Somanik Jerhad in referance to and apartment at Tel fair arms . A Senior Citizens building . I had signed up for the building because it was base on income , which my income is 800.00 monthly retirment . When I arrived at Somanik Jerhada office  she drove me to Telfair Apartment .She showed me unit 412 , I said this is nice . I then asked her is this income base she yes . She askme for a deposit of 99.00. , which i wrote her a check , and she handed me the keys . She said after you move in stop by my office to sign the lease . So I rented a truck and hired two men to help . I the drove to Charleston S.C. where my furniture was in storage . After a long drive to South Carolina, the men I hired put my things into unit 412. I paid the and drove to Somanik Jerhada offfice to sign the lease . When said sign here., I looked at the amount of the which was 551.00 per month . I said this is not base on my income . She said , oh, not this one . She also said we don't have anymore  of those left . I had to sign the lease because I had no money  left out of check and all my things was already in the unit 412 . I knew the I got scammed   . A week after living in unit 412 , I met the last person who live in unit 412 and he told me he was only paying 147.00 per month

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was depressed  for months living month after month off 800.00 a month and paying the landlord 551 .00

I suffered Severe Depression and I had to go to pschologist and psychiatric for therapy .

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The landlord owe me $3680.00  the diferance ( the real  rent ) in what I was paying punitive damages  in the amount of 5 million dollars

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff        Charlie Toomer
Printed Name of Plaintiff     CHARles  Doomer

### B.    For Attorneys

Date of signing:    7-22-19

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address